UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80386-CV-MIDDLEBROOKS

LIONAL DALTON,

      Plaintiff,

v.

146 SOUTH FEDERAL INVESTMENTS, LLC,
and TRUE LLC d/b/a TRUE,

      Defendants.

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court on the Parties' Stipulation of Dismissal without

Prejudice. (DE 13). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz,*

*LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of

the Court is required to dismiss this action. Accordingly, it is

      **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and

**DENY all PENDING MOTIONS as MOOT.**

      **DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 30 day of

August, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record